# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141473-4

NATIONAL GENERAL INSURANCE
COMPANY,
          Plaintiff-Appellee,

v

HOME-OWNERS INSURANCE COMPANY,
          Defendant-Appellant,
and

JOHN BECKETT, Personal Representative of the
Estate of LISA LOTHAMER,
          Defendant.
_____/

SC: 141473
COA: 291131
Jackson CC: 07-003127-CK

JOHN BECKETT, Personal Representative of the
Estate of LISA LOTHAMER,
          Plaintiff,

v

GMAC INSURANCE COMPANY,
          Defendant,
and

NATIONAL GENERAL INSURANCE
COMPANY,
          Defendant-Appellee,
and

HOME-OWNERS INSURANCE COMPANY,
          Defendant-Appellant.
_____/

SC: 141474
COA: 291132
Jackson CC: 07-003159-NF

On order of the Court, the application for leave to appeal the June 15, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

p1115

Clerk